767 A.2d 547

**In re Estate of Catherine WOOD.**

**Appeal of: Bonita Walsh–Sukus.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 2001.

Decided Feb. 16, 2001.

Jennifer Lynne Rogers, Arthur L. Piccone, Wikes Barre, for Bonita Walsh–Sukus.

Robert E.J. Curran, John C. Butera, Media, for Patricia Zabroski.

Before FLAHERTY, C.J., ZAPPALA, CAPPY, CASTILLE, NIGRO, SAYLOR, JJ.

**ORDER**

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.